FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

APR 30 PM 2:24

UNITED STATES OF AMERICA

v.   CASE NO. 20-2:20-cr-78-FtM-60MRM

15 U.S.C. § 1

FLORIDA CANCER SPECIALISTS
& RESEARCH INSTITUTE, LLC

### GOVERNMENT'S UNOPPOSED MOTION FOR ALTERNATIVE VICTIM NOTIFICATION UNDER 18 U.S.C. § 3771

The United States of America, by and through its undersigned attorneys, hereby respectfully moves this Court, pursuant to Title 18, United States Code, Section 3771(d)(2), for authorization to employ the victim notification procedures described below, in lieu of those prescribed by section 3771(a), (b), and (c), on the grounds that the number of crime victims in this case makes it impracticable to accord all of the crime victims the rights described in subsection 3771(a).

The Crime Victims' Rights Act ("the Act"), codified at 18 U.S.C. § 3771, provides certain rights to victims in federal criminal proceedings. Among these rights is the right to "reasonable, accurate, and timely notice" of public court proceedings. 18 U.S.C. § 3771(a). The Act requires "[o]fficers and employees of the Department of Justice and other departments and agencies of the United States engaged in the

1

detection, investigation and prosecution of crime make their best efforts to see that crime victims are notified of, and accorded, the rights described in subsection [3771](a)," 18 U.S.C. § 3771(c)(1), and it instructs the Court to "ensure that the crime victim is afforded" those rights. 18 U.S.C. § 3771(b).  The Act defines a crime victim as "a person directly and proximately harmed as a result of the commission of a Federal offense . . ." 18 U.S.C. § 3771(e).  Importantly, the Act recognizes that for crimes involving multiple victims, the Court has discretion to adopt procedures to accord victim rights without unduly interfering with the criminal proceedings. Thus, 18 U.S.C. §3771(d)(2) provides:

> In a case where the court finds that the number of crime victims makes it impracticable to accord all of the crime victims the rights described in subsection (a), the court shall fashion a reasonable procedure to give effect to this chapter that does not unduly complicate or prolong the proceedings.

The Act places no limitations on the alternative procedures which a Court may fashion other than that the procedures be reasonable to effectuate the Act and that they not unduly complicate or prolong the proceedings. *Id.*

The Information in this case alleges a conspiracy from as early as 1999 continuing through as late as 2016.  The potential victims in this case include any patient who received medical or radiation oncology treatment in Collier, Lee, and Charlotte counties during this 17-year time period.  The government estimates that there are thousands of potential victims affected by this conspiracy.

2

This number of victims makes compliance with the notification requirements outlined in section 3771(a), (b), and (c) impracticable. Neither the government nor the Court has the resources to accord all of the victims in this case the notice required by subsection 3771(a). Therefore, due to the large number of victims in this case, the Government proposes to use the Antitrust Division's publicly accessible website, http://www.justice.gov/atr/victims-rights, to direct victims to a case-specific website where all required notices will be posted. The case-specific website will provide: (1) information about the case; (2) notice of the date, time, and location of upcoming public hearings; (3) notice of various victims' rights and services including those under the Victims' Rights and Restitution Act; (4) contact details for the Office of the Victims' Rights Ombudsman; and (5) access to significant pleadings. The Government will also issue a press release informing individuals who believe they may be victims to access the Antitrust Division's website for more information.

Federal courts around the country have approved similar notices in cases involving numerous victims. *See, e.g.*, Order Establishing Procedure for Crime Victim Notification Pursuant to 18 U.S.C. § 3771, *United States v. Sandoz, Inc.*, 20-cr-111-RBS (E.D. Pa. Mar. 4, 2020), ECF No. 4; Order Establishing Procedure for Crime Victim Notification Pursuant to 18 U.S.C. § 3771, *United States v. Dip Shipping Co., LLC*, 19-cr-20587-DPG (S.D. Fla Oct. 1, 2019), ECF No. 5; Order Establishing

3

Procedure for Crime Victim Notification Under 18 U.S.C. § 3771, *United States v. Netbrands Media Corp.*, 19-cr-065 (S.D. Tex. Feb. 4, 2019), ECF No. 17.

## CONCLUSION

Based on the foregoing, the government requests the Court grant the motion for alternative victim notification procedures.

Dated this 30th day of April, 2020.

                                        Respectfully submitted,

                                        _/S/ F. Patrick Hallagan_

                                        F. PATRICK HALLAGAN
                                        EYITAYO ST. MATTHEW-DANIEL
                                        WILLIAM J. VIGEN
                                        KATHERINE CALLE
                                        Trial Attorneys
                                        U.S. Department of Justice,
                                        Antitrust Division
                                        450 Fifth St. NW, Suite 11300
                                        Washington, DC 20530
                                        (202) 616-1400

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2020, I filed the foregoing with the Clerk of the Court and a true and correct copy of the foregoing document was sent by email to the following non-CM/ECF participant(s):

**Defense Counsel**

Lisa M. Noller, Esquire
Foley & Lardner LLP
321 North Clark Street, Suite 3000
Chicago, IL 60654-4762
Tel: 312.832.4363
lnoller@foley.com

Holden Brooks, Esquire
Foley & Lardner LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202-5306
Tel: 414.297.5711
HBrooks@foley.com

/s/ F. Patrick Hallagan
F. PATRICK HALLAGAN
Illinois Bar No. 06269887
F.Patrick.Hallagan@usdoj.gov
Trial Attorney
U.S. Department of Justice
Antitrust Division
450 Fifth Street NW, Suite 11300
Washington D.C. 20530
Tel: (202) 616-1400