UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  Case No. 2:20-cr-78-FtM-60MRM

FLORIDA CANCER SPECIALISTS
& RESEARCH INSTITUTE, LLC
_____/

## ORDER

THIS CAUSE comes before the Court upon the "Consent Motion for Approval of Deferred Prosecution Agreement and Exclusion of Time Under Speedy Trial Act" (Doc. 10). Upon review and consideration, it is hereby

**ORDERED** and **ADJUDGED** that:

1. The "Consent Motion for Approval of Deferred Prosecution Agreement and Exclusion of Time Under Speedy Trial Act" (Doc. 10) is **GRANTED**.

2. The Deferred Prosecution Agreement ("DPA") (Doc. 3) is approved.

3. Because the Defendant expressly waived all rights to a speedy trial for the period that the DPA is in effect, the Court finds that the ends of justice served by granting the motion outweigh the best interest of the public and the Defendant in a speedy trial.  *See* 18 U.S.C. § 1361.

4. Pursuant to 18 U.S.C. § 3161(h)(2), the period from the date of this Order to December 31, 2023, plus the period of any extension of the DPA term pursuant to the DPA up to one additional year, is excluded in computing the time

within which any trial must be commenced upon the charges contained in the criminal Information filed against the Defendant.

5. The Government is directed to file a status report with the Court every six months, from the date of this Order.

6. The Clerk is directed to administratively close this file.

**DONE** and **ORDERED** in Fort Myers, Florida, this 12th day of May, 2020.

TOM BARBER
UNITED STATES DISTRICT JUDGE